**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 802 MAL 2014 |
| REPSONDENT | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| FRITZ EUSTACHE PLACIDE, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.